UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

AT&T Wireless Services of Minnesota, Inc.,

Plaintiff,

vs.

City of Maplewood,

Defendant.

Civil 00-2697 (RHK/JMM)

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated April 16, 1997, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: December 15, 2000

RICHARD H. KYLE
United States District Judge

FILED DEC 15 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

AT&T Wireless Services

vs. 00-2697DWF/AJB

City of Maplewood

This action has been re-assigned to Judge Donovan W. Frank and referred to Magistrate Judge Arthur J. Boylan. Please refer to the above civil action no. when submitting future filings to this court.