**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

AT&T WIRELESS SERVICES OF MINNESOTA, INC.,

Civil No. 00-2697 DWF/AJB

Plaintiff,

v.

**PRETRIAL SCHEDULING ORDER**

CITY OF MAPLEWOOD

Defendant.

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective May 1, 2000, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Discovery Plan

1. Discovery shall be commenced in time to be completed by April 1, 2001.

2. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before March 1, 2001.

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By Plaintiff on or before June 1, 2001.

   b. By Defendant on or before June 1, 2001.

   c. Rebuttal reports shall be due on or before June 15, 2001.

FEB 22 2001
FILED
... CLERK

4. No more than 10 interrogatories (counted in accordance with Fed.R.Civ.P. 33(a)) shall be served by any party.

5. No factual depositions shall be taken by any party.

Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk, 651-848-1210.)

1. All motions which seek to amend the pleadings or add parties must be filed and the hearing thereon completed by March 15, 2001.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by the discovery deadline date, April 1, 2001.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

Dispositive Motions

1. All dispositive motions shall be filed and the hearing thereon completed by June 1, 2001. (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Lowell Lindquist, 651-848-1296.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

This case shall be ready for a **Court** trial on October 1, 2001, or upon resolution of any pending dispositive motions. Expert witnesses are not anticipated.

Dated: 2/22/01

Arthur J. Boylan
United States Magistrate Judge