**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

AT&T Wireless Services of Minnesota, Inc.,

Plaintiff,

v.

City of Maplewood,

Defendant.

Civil No. 00-2697 (DWF/AJB)

**ORDER OF DISMISSAL**

---

Peter K. Beck, Esq., and Lawrence A. Maloney, Esq., Gray, Plant, Mooty, Mooty & Bennett, 3400 City Center, 33 South Sixth Street, Minneapolis, MN 55402, counsel for Plaintiff.

James M. Strommen, Esq., and Karen R. Cole, Esq., Kennedy & Graven, 470 Pillsbury Center, 200 Sixth Street South, Minneapolis, MN 55402, counsel for Defendant.

---

This matter came on before the Court upon the Stipulation between all parties hereto agreeing to the dismissal of the action with prejudice. Based upon that Stipulation and the other filings herein:

**IT IS HEREBY ORDERED** that this matter is **DISMISSED WITH PREJUDICE** and without costs or disbursements being awarded to any of the parties.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 22, 2001

DONOVAN W. FRANK
Judge of United States District Court

FILED MAY 22 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD MAY 22 2001
DEPUTY CLERK